**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN JAMES, et al., on behalf of themselves and others similarly situated,<br><br>                   Plaintiffs,<br><br>    v.<br><br><br>CHINA GRILL MANAGEMENT, INC., et al.,<br><br>                 Defendants. | Case No.: 18-CV-0455<br><br>Schofield, J.<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiffs' Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: March 27, 2019

Respectfully submitted,

LEE LITIGATION GROUP, PLLC

By: /s/ C.K. Lee
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*