UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
BRYAN JAMES, et al.,                                          :
                Plaintiffs,                          :
                                                              :    18 Civ. 00455 (LGS)
        -against-                                            :
                                                              :    ORDER
CHINA GRILL MANAGEMENT, INC., et al.,                         :
                Defendants.                          :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 29, 2019, the Court issued an Order approving the parties' Settlement Agreement and Release and directing that within thirty (30) calendar days following the issuance of all settlement payments to Class Members, the parties shall jointly file on ECF an accounting which shall detail how the monies in the settlement fund were spent (i.e., how much went to claimants, to counsel, to the Settlement Administrator, etc.) and shall detail how the funds allocable to those Class Members who could not be contacted were distributed. Dkt. No. 112.

      WHEREAS, no such accounting has been filed to date. It is hereby

      **ORDERED**, that by **August 5, 2021**, the parties shall file a status letter, updating the Court as to their progress in the issuance of settlement payments to Class Members.

Dated: July 23, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**